1 | **ROBERT DAVID BAKER, INC.**
Robert David Baker, Esq. (87314)
2 | 1611 The Alameda
San Jose, CA 95126
3 | (408) 292-8555
(408) 292-0703                                    **E-filed 7/14/05**

4 | Attorney for Plaintiff,
**DIAMANTINA CHAVEZ**
5

6

7 | UNITED STATES DISTRICT COURT

8 | NORTHERN DISTRICT OF CALIFORNIA

9

10 | **DIAMANTINA CHAVEZ,**                    CASE NO. CO4 05407 JF

11 |                    **Plaintiff,**

12 |                                           STIPULATION FOR REMAND OF ACTION
TO SUPERIOR COURT and ORDER
13 |                    **vs.**

14 | **FOOT LOCKER, INC.; FOOT LOCKER
SPECIALTY INC.; DOES 1-20,**
15

16 |                    **Defendants.**

17

18

19 | The parties to the above-entitled action HERBY STIPULATE AS FOLLOWS:

20 |         1.      Plaintiff's claim will not exceed Seventy Five Thousand Dollars ($75,000.00)

21 | inclusive of attorney fees and costs.  If Plaintiff seeks to recover more than $75,000.00 at any

22 | time, the case shall be immediately removable.

23 |         2.      Plaintiff expressly waives any recovery in excess of $75,000.00.

24 | //

25 | //

C0405407 JF

3.     Parties agree that the above-entitled matter should be remanded to the Santa Clara County Superior Court, that each party shall bear its own fees and costs and requests that the Court enter an Order of Remand.

Dated: March _____, 2005

_____
ROBERT DAVID BAKER, INC.
Attorney for Plaintiff

Dated:  March 7, 2005

_____ for Annie Chuang
Annie Y.S. Chuang
Attorney for Defendants

7/14/05

IT IS SO ORDERED.

JUDGE JEREMY FOGEL
UNITED STATES DISTRICT COURT

C0405407 JF